UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

---

In Re:

    GEORGE ORKAN STASIOR,

               Debtor

**AFFIDAVIT IN SUPPORT
OF MODIFICATION**

Case No. 18-12096

---

GEORGE ORKAN STASIOR (the "Debtor'), by and through his attorney, Marc S. Ehrlich, Esq., respectfully represents the following in support of his Motion for an Order pursuant to 11 U.S.C. § 1329:

1.     Debtor filed a voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code for the Northern District of New York on December 4, 2018.

2.     Debtor's Plan is Confirmed.

3.     Debtor is desirous of completing his Chapter 13 Plan and paying his creditors as provided for in his Chapter 13 Plan.

4.     Debtor's income is over median.  Disposable Income Minimum is $39,381.60.

5.     Debtor's household size is 2.

6.     Debtor is filing this Amended Plan to cure arrears incurred in the first few months of his case.  He ha been making payments through TFS Billpay.  The amount of the monthly Plan payment in the first few months of the Plan was entered incorrectly. That has now been corrected.

7.     This is a Loss Mitigation Plan.  Debtor has filed an application to modify the mortgage on his primary residence with SN Servicing Corporation.  The packet is complete.

8.     The balance currently held on deposit by the Trustee is $12,761.65.

9.      Debtor is filing this Amended Plan to accomplish the following:

      1.      Any arrears in Plan payments incurred prior to October, 2019 are

deemed cured and spread over the remaining term of the Plan.

WHEREFORE, it is respectfully requested that the Court issue an Order for the

relief requested, and granting such other and further relief as this Court deems just and

proper.

 

 

**George Orkan Stasior**

Sworn to before me the 6th day of September, 2019

Notary Public

MARC S. EHRLICH
Notary Public, State of New York
No. 4372340
Qualified in Rensselaer County
Commission Expires ___9/8/22___